UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERALD K. ALLEN,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br>BEJAR,<br><br>　　　　　　　　　Defendant. | Case No. 2:25-cv-01298-CDS-DJA<br><br>ORDER |

**I.　DISCUSSION**

On July 17, 2025, pro se plaintiff Gerald K. Allen, an inmate in the custody of the Nevada Department of Corrections, submitted an application to proceed *in forma pauperis*. (ECF No. 1). However, Plaintiff did not file a complaint or any other document with his application to proceed *in forma pauperis*.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a). The Court will give Plaintiff until August 25, 2025, to file a complaint.

**II.　CONCLUSION**

It is therefore ordered that Plaintiff has **until Augst 25, 2025**, to file a complete, signed complaint on this Court's approved form.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee and filed a complaint.

The Clerk of the Court is directed to send Plaintiff Gerald K. Allen the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED: July 29, 2025.

_____
UNITED STATES MAGISTRATE JUDGE