UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GERALD K. ALLEN,

Plaintiff,

v.

BEJAR, et al.,

Defendants.

Case No. 2:25-cv-01298-CDS-DJA

ORDER

On May 21, 2026, Rudolf Moses D'Silva filed a limited notice of appearance on behalf of interested party Nevada Department of Corrections. (ECF No. 9.) However, that notice came back as undeliverable to Plaintiff at Southern Desert Correctional Center, the last address that he provided to the Court. (ECF No. 10.) The Southern Desert Correctional Center law library noted that Plaintiff is currently housed at High Desert State Prison. (*Id.*)

Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

It is Plaintiff's responsibility to file his updated address with the Court any time that his address changes. The Court notes that the advisory letter sent to Plaintiff when he initiated this case stated that the case could be dismissed if he failed to file his updated address with the Court. (ECF No. 2 at 1.) It is not NDOC's responsibility to update Plaintiff's address, nor the Court's responsibility to go looking for Plaintiff's address.

The Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current

1

address within thirty (30) days from the date of entry of this order, this case will be subject to dismissal. In light of Plaintiff's pro se status, the Court will send a one-time courtesy copy of this order to Plaintiff at High Desert State Prison. However, if Plaintiff fails to file his updated address within 30 days, or after any future changes in address, this case may be subject to dismissal without further warning.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall file his updated address with the Court on or before **July 3, 2026**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send a courtesy copy of this order to Plaintiff at High Desert State Prison.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number when Plaintiff is able to provide his current address to the Court.

DATED: June 3, 2026

_____
UNITED STATES MAGISTRATE JUDGE

2